OPINION — AG — SO MUCH OF THE RULE OF THE BOARD OF COSMETOLOGY AS PROVIDES THAT " ALL ADVERTISING COSMETOLOGY SCHOOLS MUST BE MADE UPON AN APPEAL FOR STUDENTS OF COSMETOLOGY AND NOT SO FRAMED AS TO BE APPEAL TO THE GENERAL PUBLIC FOR SERVICES TO THEM FOR LOWER PRICES " IS BEYOND THE AUTHORITY OF THE BOARD TO MAKE, AND IS NOT VALID. CITE: 59 O.S. 1961 396.12 [59-396.12], 59 O.S. 1961 199.11 [59-199.11], 59 O.S. 1961 199.3 [59-199.3] 59 O.S. 1961 199.7 [59-199.7] (RICHARD HUFF)